# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:21-CR-00025-KDB-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| MELVIN RUSSELL SHIELDS, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's Motion for Early Termination of Supervised Release. (Doc. No. 4) ("Motion").

On November 17, 2014, the Northern District of California found Defendant guilty of one count of conspiracy to commit wire, mail and bank fraud, numerous counts of wire fraud, aiding and abetting and numerous counts of making false statement to a bank and aiding and abetting. (Doc. No. 1, Attachment 2). Defendant was sentenced to 78 months of imprisonment, 5 years of supervised release and restitution of $7,222,904.73. *Id*.

Title 18 U.S.C. § 3583(e) states that a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

In support of his Motion, Defendant states that he has been in full compliance with no issues and requests early termination of his supervised release so he can travel more for work, thereby increasing his income to help his family with monthly expenses and contribute more to restitution.

The United States Probation Office informs the Court that the supervising conditions are not limiting Defendant's work travel. The Court will deny Defendant's motion. Defendant may file a motion to modify conditions of supervised release, if necessary.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervised Release, (Doc. No. 4), is **DENIED** without prejudice. Defendant's term of supervised release shall continue as originally sentenced. The Clerk is directed to serve a copy of this Order on Defendant and the United States Probation Office.

**SO ORDERED**.

Signed: January 3, 2024

Kenneth D. Bell
United States District Judge